**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000353
09-JAN-2024
07:58 AM
Dkt. 42 OAWST**

NO. CAAP-23-0000353

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DEUTSCHE BANK NATIONAL TRUST COMPANY, A NATIONAL ASSOCIATION,
AS TRUSTEE OF THE INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR35,
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR35
UNDER THE POOLING AND SERVICING AGREEMENT DATED NOVEMBER 1, 2006,
Plaintiff-Appellee, v.
EDMUND MARSHALL DOMINGO CALUCAG and
MARIA BELLA SALADINO CALUCAG,
Defendants/Crossclaim Defendants-Appellants, and
ROYAL KUNIA COMMUNITY ASSOCIATION,
Defendant/Crossclaimant-Appellee, and
MORTGAGE ENTERPRISE INVESTMENTS (MEI);
VIVINT SOLAR, INC., Defendants-Appellees, and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20; and DOE GOVERNMENTAL UNITS 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC191001254)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Nakasone and Guidry, JJ.)

Upon consideration of the November 27, 2023

"Stipulation for Dismissal with Prejudice of Notice of Appeal

Filed May 22, 2023" (**Stipulation**) filed by Defendants-Appellants

Edmund Marshall Domingo Calucag and Maria Bella Saladino Calucag,

the papers in support, and the record, it appears that: (1) the

appeal has been docketed; (2) the parties to the appeal stipulate

to dismiss the appeal and bear their own attorneys' fees and

costs on appeal; (3) the Stipulation is dated and signed by

counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, January 9, 2024.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge